Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
GREGORY EUGENE BISEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY EUGENE BISEL,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant. | No.  1:26-CV-00671 (FJS)<br><br>STIPULATION FOR BRIEFING<br>EXTENSION; ORDER |

On January 27, 2026, Plaintiff Gregory Eugene Bisel filed the instant civil action for judicial review of the defendant Commissioner of Social Security's decision denying his application for Social Security disability benefits under Title II and XVI of the Social Security Act. (ECF Doc. 1.) The Defendant was served with the Complaint on January 29, 2026. (ECF Doc. 7.) On March 30, 2026, the Defendant responded to the Complaint by lodging a certified copy of the administrative record. (ECF Doc. 12.) Pursuant to the Court's Scheduling Order, Plaintiff's motion for summary judgment is due on or before April 30, 2026. (ECF Doc. 6 at p.

STIPULATION FOR BRIEFING EXTENSION; ORDER

2:15-16.)

Plaintiff requests an extension of fifteen (15) days to file his motion. This is Plaintiff's first request for extension. Plaintiff's counsel seeks the extension as counsel has multiple conflicting filing deadlines in other Social Security disability appeals on the same day. As Plaintiff's counsel was not involved at the administrative level, close review and consideration of the administrative record is required to effectively advocate for Plaintiff. *See*, *Costa v. Comm'r of Soc. Sec. Admin.*, 690 F.3d 1132, 1134 n. 1 (9th Cir. 2012) [noting "social security disability cases are often highly fact-intensive and require careful review of the administrative record, including complex medical evidence."]. The defendant has no objection to the requested extension.

Respectfully submitted,

Dated: April 24, 2026               NEWEL LAW

By:     *Melissa Newel*
        Melissa Newel
        Attorney for Plaintiff
        GREGORY EUGENE BISEL

Dated: April 24, 2026               ERIC GRANT
        United States Attorney
        MATHEW W. PILE
        Associate General Counsel
        Office of Program Litigation, Office 7

By:     *Erin A. Jurrens**
        ERIN A. JURRENS
        Special Assistant United States Attorney
        Attorney for Defendant
        (*authorized by email dated 4/23/2026*)

STIPULATION FOR BRIEFING EXTENSION; ORDER

ORDER

Good cause having been shown, IT IS ORDERED that Plaintiff shall be granted an extension of time of fifteen (15) days to file his opening brief. The opening brief shall be filed on or before May 14, 2026, and all deadlines are modified accordingly.

IT IS SO ORDERED.

Dated:   **April 28, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR BRIEFING EXTENSION; ORDER