UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GREGORY BISEL | Case No. 1:26-cv-00671-FJS |
| Plaintiff, | ORDER GRANTING PARTIES' JOINT STIPULATION TO DISMISS THE ACTION WITH PREJUDICE |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 15) |
| Defendants. | |

BACKGROUND

On May 14, 2026, this court received the parties' joint stipulation indicating that Plaintiff Gregory Bisel voluntarily dismisses the action with prejudice. (ECF No. 15.) The parties have further agreed to "bear their own attorney fees, costs, and expenses associated with the action." (*Id.*)

ORDER

Based upon the stipulation of the parties, and good cause appearing, this action is hereby terminated and has been dismissed with prejudice. *See* Fed. R. Civ. P. 41(a). Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a)(1).

IT IS SO ORDERED.

Dated:    **May 15, 2026**

_____
UNITED STATES MAGISTRATE JUDGE